# EXHIBIT
# A


Search 

$159.99 ~~$179.99~~
Save $20.00
thru 06/07/08

CRAFTSMAN

**Craftsman 1/2 hp Garage Door Opener, Chain Drive**

Sears item# 00953985000 Mfr. model# 53985

Chain drive with steel construction and a brighter light (two 100W bulbs) for added safety, convenience. Premium control console with illuminated push buttons and 2 remote controls.

- Automatic lights can be adjusted to turn off automatically from 1 to 4 minutes
- Two Security+® 3-function remote controls with rolling code technology
- Wireless, keyless entry pad allows a private, changeable code with password option
- Infrared safety sensors prevent door from closing with anything enters its path

Product images may differ from actual product appearance. Tires cannot be shipped to APO / FPO addresses.
Not all products are available at every Sears store. Online prices and promotions are for the continental U.S. only.

# EXHIBIT
# B



**Two Lights**

Lights turn on automatically when ever garage door opens or closes or safety reversing sensors are obstructed. Light delay feature turns lights off after a maximum of 4½ minutes. (Bulbs not included.)

**Safety Reversing Sensors**

Invisible beam senses any obstruction in the way of the closing door and automatically reverses door before contact is made.

meLink
with QuickTrai
TECHNOLOG
005 - 02 094 6
ITEM 53985
SKU
DEST UNIT 01614
DIV 09
QUANTITY 1
UM EA
BUNDLE 844842
DESCRIPTION GAR DR OPN C,1/2 HP
PRINT DATE 04/25/2008
ZONE FC5
S-DC 443
BATCH 922
DOOR NO 076
F-DC 443
BATCH 922
DOOR NO 076
SALES CHECK NO./MESSAGE
SEQ NO. 026430

04431001614-00079652-006-001-6

0 12381 53985 7

# EXHIBIT
# C

# INSTALLATION STEP 7

## *Install the Lights*

- Press the release tabs on both sides of lens. Gently rotate lens back and downward until the lens hinge is in the fully open position. Do not remove the lens.
- Install a 100 watt maximum light bulb in each socket. Light bulb size should be A19, standard neck only. The lights will turn ON and remain lit for approximately 4-1/2 minutes when power is connected. Then the lights will turn OFF.
- Reverse the procedure to close the lens.
- Use A19, standard neck garage door opener bulbs for replacement.

***NOTE:*** *Use only standard light bulbs. The use of short neck or speciality light bulbs may overheat the endpanel or light socket.*

(A)

## CAUTION

To prevent possible OVERHEATING of the endpanel or light socket:

- DO NOT use short neck or specialty light bulbs.
- DO NOT use halogen bulbs. Use ONLY incandescent.

To prevent damage to the opener:

- DO NOT use bulbs larger than 100W.
- ONLY use A19 size bulbs.

# INSTALLATION STEP 8

## *Attach the Emergency Release Rope and Handle*

- Thread one end of the rope through the hole in the top of the red handle so "NOTICE" reads right side up as shown. Secure with an overhand knot at least 1" (2.5 cm) from the end of the rope to prevent slipping.
- Thread the other end of the rope through the hole in the release arm of the outer trolley.
- Adjust rope length so the handle is 6 feet (1.83 m) above the floor. Ensure that the rope and handle clear the tops of all vehicles to avoid entanglement. Secure with an overhand knot.

***NOTE:*** *If it is necessary to cut the rope, heat seal the cut end with a match or lighter to prevent unraveling.*

## ⚠ WARNING

To prevent possible SERIOUS INJURY or DEATH from a falling garage door:

- If possible, use emergency release handle to disengage trolley ONLY when garage door is CLOSED. Weak or broken springs or unbalanced door could result in an open door falling rapidly and/or unexpectedly.
- NEVER use emergency release handle unless garage doorway is clear of persons and obstructions.
- NEVER use handle to pull door open or closed. If rope knot becomes untied, you could fall.



## OPERATION

# IMPORTANT SAFETY INSTRUCTIONS

## ⚠ ⚠ WARNING

## To reduce the risk of SEVERE INJURY or DEATH:

1. READ AND FOLLOW ALL WARNINGS AND INSTRUCTIONS.
2. ALWAYS keep remote controls out of reach of children. NEVER permit children to operate or play with garage door control push buttons or remote controls.
3. ONLY activate garage door when it can be seen clearly, it is properly adjusted, and there are no obstructions to door travel.
4. ALWAYS keep garage door in sight until completely closed. NO ONE SHOULD CROSS THE PATH OF THE MOVING DOOR.
5. NO ONE SHOULD GO UNDER A STOPPED, PARTIALLY OPENED DOOR.
6. If possible, use emergency release handle to disengage trolley ONLY when garage door is CLOSED. Weak or broken springs or unbalanced door could result in an open door falling rapidly and/or unexpectedly.
7. NEVER use emergency release handle unless garage doorway is clear of persons and obstructions.
8. NEVER use handle to pull garage door open or closed. If rope knot becomes untied, you could fall.
9. If one control (force or travel limits) is adjusted, the other control may also need adjustment.
10. After ANY adjustments are made, the safety reversal system MUST be tested.
11. Safety reversal system MUST be tested every month. Garage door must reverse on contact with 1-1/2" high (3.8 cm) object (or a 2x4 laid flat) on the floor.
12. ALWAYS KEEP GARAGE DOOR PROPERLY BALANCED (see page 3). An improperly balanced door may not reverse when required and could result in SEVERE INJURY or DEATH.
13. All repairs to cables, spring assemblies and other hardware, all of which are under EXTREME tension, MUST be made by a trained door systems technician.
14. ALWAYS disconnect electric power to garage door opener BEFORE making any repairs or removing covers.
15. **SAVE THESE INSTRUCTIONS.**

### *Using Your Garage Door Opener*

Your Security+® opener and hand-held remote control have been factory-set to a matching code which changes with each use, randomly accessing over 100 billion new codes. Your opener will operate with up to eight Security+® remote controls and one Security+® Keyless Entry System. If you purchase a new remote, or if you wish to deactivate any remote, follow the instructions in the *Programming* section.

***Activate your opener with any of the following:***

- *The hand-held Remote Control:* Hold the large push button down until the door starts to move.
- *The wall-mounted Door Control:* Hold the push button or bar down until the door starts to move.
- *The Keyless Entry (See Accessories):* If provided with your garage door opener, it must be programmed before use. See *Programming.*

***When the opener is activated (with the safety reversing sensor correctly installed and aligned)***

1. If open, the door will close. If closed, it will open.
2. If closing, the door will reverse.
3. If opening, the door will stop.
4. If the door has been stopped in a partially open position, it will close.
5. If obstructed while closing, the door will reverse. If the obstruction interrupts the sensor beam, the opener lights will blink for five seconds.
6. If obstructed while opening, the door will stop.
7. If fully open, the door will not close when the beam is broken. The sensor has no effect in the opening cycle.

If the sensor is not installed, or is misaligned, the door won't close from a hand-held remote. However, you can close the door with the Door Control, the Outdoor Key Switch, or Keyless Entry, *if you activate them until down travel is complete.* If you release them too soon, the door will reverse.

***The opener lights*** will turn on under the following conditions: when the opener is initially plugged in; when power is restored after interruption; when the opener is activated.

They will turn off automatically after 4-1/2 minutes or provide constant light when the Light feature on the Motion Detecting Control Console is activated. Bulb size is A19. Bulb power is 100 watts maximum.

***Security+® light feature:*** Lights will also turn on when someone walks through the open garage door. With a Premium Control Console, this feature may be turned off as follows: With the opener lights off, press and hold the light button for 10 seconds, until the light goes on, then off again. To restore this feature, start with the opener lights on, then press and hold the light button for 10 seconds until the light goes off, then on again.

## Using the Wall-Mounted Door Control

### THE PREMIUM CONTROL CONSOLE

Lighted
Push Button
Light
Button
Lock
Button

Press the lighted push button to open or close the door. Press again to reverse the door during the closing cycle or to stop the door while it's opening.

***Light feature***

Press the Light button to turn the opener light on or off. It will not control the opener lights when the door is in motion. If you turn it on and then activate the opener, the light will remain on for 4-1/2 minutes. Press again to turn it off sooner. The 4-1/2 minute interval can be changed to 1-1/2, 2-1/2, or 3-1/2 minutes as follows: Press and hold the Lock button until the light blinks (about 10 seconds). A single blink indicates that the timer is reset to 1-1/2 minutes. Repeat the procedure and the light will blink twice, resetting the timer to 2-1/2 minutes. Repeat again for a 3-1/2 minute interval, etc., up to a maximum of four blinks and 4-1/2 minutes.

***Lock feature***

Designed to prevent operation of the door from hand-held remote controls. However, the door will open and close from the Door Control, the Outdoor Key Switch and the Keyless Entry Accessories.

To activate, press and hold the Lock button for 2 seconds. The push button light will flash as long as the Lock feature is on.

To turn off, press and hold the Lock button again for 2 seconds. The push button light will stop flashing. The Lock feature will also turn off whenever the "learn" button on the motor unit panel is activated.

***Additional feature when used with the 3-Function hand-held remote***

*To control the opener lights:*

In addition to operating the door, you may program the remote to operate the lights.

1. With the door closed, press and hold a small remote button that you want to control the light.
2. Press and hold the Light button on the door control.
3. While holding the Light button, press and hold the Lock button on the door control.
4. After the opener lights flash, release all buttons.

## To Open the Door Manually

**⚠ WARNING**

To prevent possible SERIOUS INJURY or DEATH from a falling garage door:

- If possible, use emergency release handle to disengage trolley ONLY when garage door is CLOSED. Weak or broken springs or unbalanced door could result in an open door falling rapidly and/or unexpectedly.
- NEVER use emergency release handle unless garage doorway is clear of persons and obstructions.
- NEVER use handle to pull door open or closed. If rope knot becomes untied, you could fall.

### DISCONNECT THE TROLLEY:

The door should be fully closed if possible. Pull down on the emergency release handle (so that the trolley release arm snaps into a vertical position) and lift the door manually. The *lockout feature* prevents the trolley from reconnecting automatically, and the door can be raised and lowered manually as often as necessary.

Trolley
Trolley
Release Arm
(In Manual
Disconnect
Position)

**Lockout position (Manual disconnect)**

### TO RE-CONNECT THE TROLLEY:

Pull the emergency release handle toward the opener at an angle so that the trolley release arm is horizontal. The trolley will reconnect on the next UP or DOWN operation, either manually or by using the door control or remote.

Trolley
Trolley
Release
Arm
Emergency
Release Handle
(Down and Back)

**To reconnect**

## Motor Unit Assembly Parts

| KEY NO. | PART NO. | DESCRIPTION |
|---|---|---|
| 1 | 41A5615 | Chain Spreader |
| 2 | 41C4220A | Gear and sprocket assembly. **Complete with:** Spring washer, thrust washer, retaining ring, bearing plate, roll pins (2), drive gear and worm gear, helical gear w/retainer and grease |
| 3 | 41A2817 | Drive/worm gear kit w/grease, roll pins (2) |
| 4 | 41B4245 | Line cord |
| 5 | 41A5484-2 | End panels w/all labels |
| 6 | 175B88 | Light socket |
| 7 | 108D77 | Lens |
| 8 | 30B532 | Capacitor - 1/2 HP |
| 9 | 12A373 | Capacitor bracket |
| 10 | 41A3150 | Terminal block w/screws |
| 11 | 41D3058 | Universal replacement motor & bracket assembly. **Complete with:** Motor, worm, bracket, bearing assembly, RPM sensor |
| 12 | 41A5525-37 | Cover |
| 13 | 41A2818 | Limit switch drive & retainer |
| 14 | 41D3452 | Limit switch assembly |
| 15 | 41A2822-1 | Interrupter cup |
| 16 | 41C4398A | RPM sensor assembly |
| 17 | 41AC150 | Receiver logic board assembly. **Complete with:** Logic board, end panel w/all labels, light socket |
| 18 | 41C5497 | High voltage wire harness |
|  | 41C5498 | Low voltage wire harness |
| 19 | 41D178-1 | End panel w/all labels |
|  |  | **NOT SHOWN** |
|  | 41A2826 | Motor shaft bearing kit |
|  | 41A2825 | Opener assembly hardware kit (includes screws not designated by a number in illustration) |

# EXHIBIT
# D

Case 2:08-cv-02461-JLL-CCC Document 39 Filed 08/31/09 Page 11 of 23

Reg Price: ~~$189.99~~
Savings: $30.00
You Pay: $159.99
Special Offers

CRAFTSMAN

**Craftsman 1/2 hp Garage Door Opener, Chain Drive**

Sears item# 00953985000 Mfr. model# 53985
**Overall Rating** **3.3**
**49** of **81** (60%) customers would recommend this product to a friend.
**Number of reviews with ratings & comments: 76**
**Number of reviews with ratings-only: 5**
Write an online review

**Product Reviews** Rating - Low to High

**Overall Rating:** **1**

**Caution on this particular opener,** May 12, 2007
By Kvn2 from Traverse City, Michigan
Value: **1**

"I have had Sears garage door openers in three houses and had been very happy. This one was replacing a 15 year old one. I am sad to say the quality has not been there. Additionally, Sears has repaired it by replacing one of the boards 3 times (a total of about 5-6 visits because they always want to try something less expensive first). It never has functioned correctly. The problem is either one or the other (or both) of the light bulbs burn out prematurely...like in 1-2 weeks.
I think they also replaced the unit once, only to have the new one do the same thing on the other side. We have given up calling for repairs (you must be present for the repair and this is a major hassle all these times) and are living with it the way it is.
I would definitely not recommend this particular opener to anyone. I still like Sears and will try another opener in my next new house (just built) before writing them off as producers of very inferior products."

Was this review helpful to you? Yes No
(Report Inappropriate Review)

**Overall Rating:** **1**

May 11, 2007
By Sounhappy from Port Allegany, PA
Value: **1**

Case 2:08-cv-02461-JLL-CCC Document 39 Filed 08/31/09 Page 12 of 23

Visit our other sites: Sears PartsDirect Outlet Kmart the great indoors LANDS' END

Sears

Reg Price: ~~$189.99~~
Savings: $30.00
You Pay: $159.99
Special Offers

CRAFTSMAN

**Craftsman 1/2 hp Garage Door Opener, Chain Drive**

Sears item# 00953985000 Mfr. model# 53985
**Overall Rating** 3.3
**49** of **81** (60%) customers would recommend this product to a friend.
**Number of reviews with ratings & comments:** 76
**Number of reviews with ratings-only:** 5
Write an online review

**Product Reviews** Rating - Low to High

**Overall Rating:** 2

**Don't be fooled,** June 4, 2007
By cadillac from Charleston, sc
Value: 2

"Better plan on having 2 remote controls in each car if you put up one of the new "Security +" door openers and also have one of the openers sold for the last 25 years. They are not interchangable!!! I have one door opener that is 5 years old and just bought a new opener for the other door. Now I either have to buy another new garage door opener or deal with having 2 remote controls in each car. "Bad decision by sears to change from the reliable openers to the new ones". The worse part was the Five, (yes 5) sales associates in the tool department at Sears promissed me that they were interchangable. Boy were they wrong!!!!"

Was this review helpful to you? Yes No
(Report Inappropriate Review)

**Overall Rating:** 2

**Light Quit Working,** February 2, 2007
By Hat12 from Greensboro, N.C.
Value: 4

"After 2 years one of the lights quit working. You would think that after the many years of openers, someone would design a light that would continue working. With my last opener, the lights stopped working after 8 years. I will be switching back to that brand next time."

# EXHIBIT
# E

Case 2:08-cv-02461-JLL-CCC Document 39 Filed 08/31/09 Page 14 of 23

manage my home

## Why will the lights on my garage door opener not work?

I have a garage door opener model 139 1/2 HP. The lights on it did not light up two times today. One time they did come on when I opened the door. Even when you use the light button they will not come on.

## Answers sorted newest first

Answer by:
**expert (expert)**, January 10, 2008 (0 ratings)

You need to check the voltage to the light sockets to see if the problem is in the sockets or the relay inside your logic board. If you have voltage to the light sockets the sockets are bad. If you have no voltage, the logic board will have to be replaced.

Case 2:08-cv-02461-JLL-CCC Document 39 Filed 08/31/09 Page 15 of 23

manage my home

# How do I fix the lights on my garage door opener?

Both light sockets of my garage door opener do not work even after replacing new bulbs. How do I fix this problem?

## Answers sorted newest first

Answer by:
**expert (expert)**, September 27, 2007 (0 ratings)

I referenced your profile and did not find a model or serial number for the garage door opener.

The problem can be in the sockets or the logic board. Someone needs to check the voltage to the sockets to determine where the problem is. If you have 120 volts a.c. to the sockets when you first open or close the door, they are defective. If you don't have the voltage, the problem is in the relay on the logic board inside the opener. The logic board is much more expensive than the the sockets.

It might be better to have a technician check it out.

Case 2:08-cv-02461-JLL-CCC Document 39 Filed 08/31/09 Page 16 of 23

manage my home

# Why won't the lights on my Craftsman garage door opener come on after I have changed the light bulbs?

The lights do not come on. I have a Craftsman Model # 13953985D, serial number 454610200756 I have changed the light bulbs. I can here it click but no light comes on.

## Answers sorted newest first

Answer by:
**expert (expert)**, February 4, 2008 (0 ratings)

Someone needs to check the voltage at the light sockets. If you have 120 volts AC at the socket wires, the sockets are bad. If you don't have the voltage, the logic board is bad.

Case 2:08-cv-02461-JLL-CCC Document 39 Filed 08/31/09 Page 17 of 23

manage my home

# The lights on the garage door opener do not work, why?

The garage door opener works fine, the lights do not work either by the switch or the remote. I changed the light bulbs.

## Answers sorted newest first

Answer by:
**MMH EXPERT_JK (expert)**, Unknown

(1 ratings)

Someone needs to test for voltage at the sockets for the light bulbs. If you don't have 120 volts ac there the logic board of the garage door opener has a bad relay. If you have 120 volts ac, the sockets are bad.

# EXHIBIT F


REMODELING HELP? Bob Vila says turn to the Renovation Experts
FREE Remodeling Quotes
Get FREE Estimates in 24 hrs
Try Our New Easy Submit Form
Select Job Type | Enter Zip Code | Get Estimate Now!

Featured: Home Plans    Featured: Radiantec - Radiant Solar Heating

Search 

Garage Door Repair
Trust Sears for garage door service Flexible appointments. Fast service
Searsgaragedoors.com

Free Door Estimates
No job too big or too small. We're be there Always On Time Doors
www.alwaysontimedoors.com

Repair Garage Door Spring
Find more sources/options for what your looking for
www.webcrawler.com

Ads by Google

BobVila.com Products & Services Showrooms
Bellacor.com - Quality Lighting and More
Silestone by Cosentino® - Kitchen & Bath Countertops
Radiantec - Radiant Floor Heating
A.I.M. Radiant Heating - Heating
Western Red Cedar Lumber Association - Real Cedar Building Materials
Bellawood - The Best Hardwood Flooring

Home > Ask a Question > Fix It Forum > craftsman garage door opener

Subscribe to our feed and don't miss what everyone's talking about. Click here to get started.

Latest - 100 Topics | 100 Posts | Archive | Font Size: AA    Login | Register

## craftsman garage door opener

Posted by Lisa on July 1st, 2004 04:54 PM
In reply to garage door opener light by Adi on April 16th, 2004 09:17 AM [Go to top of thread]

Post Reply | Watch this Post

I have a similar problem. My garage door opener has two lights. The one on the right hand side always blows out. Any suggestions? I did call Sears, but it will cost me $65 for a technician to look at it. The door only costs $129.

Was this post helpful? Yes: or No:

Need a contractor for your project?
Click here to compare local contractors.

Related Showrooms
- Sears - Doors & Windows
- ETO Doors - Interior/Exterior Doors

Post Reply

Topic History:
garage door opener light by Adi 4/16/04 09:17 AM

Topic Follow-ups:
Sears Garage Door Opener by mitchellrait 11/27/07 10:15 PM

Looking for articles and videos related to this post?

| Title | Product Information | Articles | Fix-Its | Tips | Videos |
|---|---|---|---|---|---|
| Doors | | 20 Articles | 2 Fix-Its | 33 Tips | 72 Videos |
| Garage Doors | 6 Listings | 5 Articles | 1 Fix-Its | 6 Tips | 9 Videos |
| Garage | 2 Listings | 18 Articles | 2 Fix-Its | 14 Tips | 36 Videos |
| Hardware Tools | | 22 Articles | 8 Fix-Its | 223 Tips | 11 Videos |
| Home Lighting | | 7 Articles | 2 Fix-Its | 30 Tips | 43 Videos |

REMODELING HELP? Bob Vila says turn to the Renovation Experts

Select:
enter zip code

BobVila.com Showroom
Building and Remodeling Solutions for your Home

Find all the best names in kitchen and bath fixtures
from eFaucets

Click here to learn more >
View All Showrooms >

About | FAQ | Contact | Sitemap | Privacy Policy | Terms of Use | Help | bobvilacontractors
© 2009 BobVila.com

REMODELING HELP? Bob Vila says turn to the Renovation Experts
FREE Remodeling Quotes
Get FREE Estimates in 24 hrs
Try Our New Easy Submit Form
Select Job Type | Enter Zip Code | Get Estimate Now!

Featured: Deck, Porch & Patio    Featured: TOTO USA - Plumbing Fixtures

Search 

**Garage Door Openers**
Quality, reliable LiftMaster garage door openers. Official site.
www.LiftMaster.com

**Garage Door Repair**
Garage Door Service & Repair. 24Hr Emergency. Call 760.945.9888!
CCGarageDoors.Com/Repairs-Service

**Garage Door Repair**
Sears garage door repair and replacement. Get a free estimate.
Searsgaragedoors.com

Ads by Google

BobVila.com Products & Services Showrooms
eFaucets - Plumbing Fixtures
Sears - Doors & Windows
A.I.M. Radiant Heating - Heating
Western Red Cedar Lumber Association - Real Cedar Building Materials
Chadsworth's - 1.800.COLUMNS
PexSupply.com - PEX & Radiant Heat Supplies

Home > Ask a Question > Fix It Forum > sears garage door opener light switch

Subscribe to our feed and don't miss what everyone's talking about. Click here to get started.

Latest - 100 Topics | 100 Posts | Archive | Font Size: AA    Login | Register

## sears garage door opener light switch

Posted by Natalia on January 18th, 2003 11:37 AM
In reply to Garage Door Opener by Dennis O'Brien on December 27th, 2002 09:27 AM [Go to top of thread]

0 of 1 people found this post helpful

I have a Sears garage door opener model 139.653000,1/3 hp, serial #E095173. The light doesn't come on when the door opens anymore (bulb is good!)......anywhere i can get the replacement switch....tried sears, they said no good.

Thank You

Was this post helpful? Yes: or No:

Need a contractor for your project?
Click here to compare local contractors.

Related Showrooms
- Sears - Doors & Windows
- ETO Doors - Interior/Exterior Doors

Post Reply

Topic History:
Light Bulb Cover for a Sears Garage Door Opener by +++Alan Nissenbaum 7/6/01 11:00 PM
Garage Door Opener by Dennis O'Brien 12/27/02 09:27 AM

Topic Follow-ups:
Garage Door Opener Switch by David 8/20/03 02:09 PM

### Looking for articles and videos related to this post?

| Title | Product Information | Articles | Fix-Its | Tips | Videos |
|---|---|---|---|---|---|
| Sears American Dream | | 1 Articles | | | |
| Doors | | 20 Articles | 2 Fix-Its | 33 Tips | 72 Videos |
| Garage Doors | 6 Listings | 5 Articles | 1 Fix-Its | 6 Tips | 9 Videos |
| Garage | 2 Listings | 18 Articles | 2 Fix-Its | 14 Tips | 36 Videos |
| Personal Computers | | 1 Articles | 2 Fix-Its | | 7 Videos |

Select:
enter zip code

Swim at Home, Stay Fit for Life
from Endless Pools®
Click here to learn more
View All Showrooms

© 2009 BobVila.com

# EXHIBIT
# G



iVillage GardenWeb
Welcome: YOUR PROFILE or LOG OUT
THE INTERNET'S GARDEN & HOME COMMUNITY
ADVERTISEMENT
The New York Times
Some Promise You the World. We Deliver.
Save 50% on home delivery. Click now.

GardenWeb | Blogs | Forums | Photo Galleries | Ask The Experts | Tools & Directories | SEARCH | GO

my clippings

Brought to you by iVillage

GARDENING ADS

Gardening Gift
Garden Gift
Garden Arbor
Garden Hose Reel

## Craftsman Garage Door Opener

posted by: rajubeh on 02.09.2009 at 12:02 pm in Garages/Workshops Forum

I have a 1/2HP Craftsman garage door opener. When I first installed it, the two electric bulbs kept burning out. So I discontinued using one of the bulbs, and it seemed to last for quite a while that way. However, lately the one bulb keeps burning out as soon as I change it. It doesn't make any difference which side I have it on. I was told to buy a heavy duty bulb for garage doors which I did. It went down one time and then blew the bulb out. Any suggestions please would be greatly appreciated.

NOTES: Add your notes below

Note: Selecting private will hide your clipping from other members and prevent it from appearing on the most recent or most popular clippings lists.

CANCEL | SAVE TO MY CLIPPINGS | public | private

Buy a LiftMaster® opener February 9th-23rd and receive a free accessory package a $139 value!
Visit liftmaster.com
Chamberlain LiftMaster

Sponsored Links from Yahoo! What's this?

green house in your garage
See Remarks for Garage Pros Review & Choose Who's Right For You.
www.ServiceMagic.com

Garage Kits 70% Off Sale
DIY Steel Garages & Save Big. Contact us for free quote.
www.SteelMasterUSA.com

Order Indoor Outdoor Carpet Online
Easily order Indoor Outdoor Carpet online. Custom sizes and lengths available.
www.directmat.com

Find Your Garage Door
View our website to see styles of garage doors. Get free estimate.
allaboutgaragedoorsnc.com

© 2006 iVillage Inc. All Rights Reserved. Terms of Service | Privacy Policy | Policies FAQ | Advertising

Search

Tip: type in either product names or questions

garage door opener, garage door, light bulb, garage door opener light

All Products > Sears > Craftsman LiftMaster Chamberlain Garage Door Opener Wireless Keypad Model 976LM Security+ > Troubleshooting

# 1/2hp Craftsman Garage door opener light bulb

**2p1e5z just asked:** Need new battery for Intellicorder? - Solve this!

shared by 2 users

Report abuse

**posted by hoosiergary on Jan 08, 2009**

The light will not come on when the door is opening. I've replaced the bulb, and that's not it. And when I stand in front of the electric eye, there's still the click,click,click from the unit, just no light going on.

I Can Solve This  I have the same problem Post a new problem

I know someone who can solve this problem

## 1 Other User Has The Same Problem

**Posted by Weazdog on Jan 10, 2009**

I have the exact same problem. Came here looking for a solution.

## Best Solution

posted on Jan 10, 2009

Door Tech

**Rank:** Guru

**Rating:** 89%, 28 votes

If you are getting a click the relay on the board sounds like it is working. Sometimes the contacts in the light socket gets burn spots on them. Try unplugging the unit, unscrewing the bulb and with a small scrapping tool (small flat screwdriver) scrap the bottom contact and the contact on the threads. Bend the contact on the threads a little too make better contact with the bulb. Screw the bulb the bulb in completely. If this does not solve your problem the only the left to do is to replace the logic board.

**Rating Locked! (?) hoosiergary has rated this solution as FixYa!**

What is this?

- Solution
- I have the same problem